| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF GEORGIA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    Tuscan Heights, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    26-1443822

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1240 Powers Ferry Cmn<br>Suite 110<br>Marietta, GA 30067<br>Number, Street, City, State & ZIP Code | P. O. Box 767400<br>Roswell, GA 30076-7400<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cobb<br>County | **Location of principal assets, if different from principal place of business**<br>1735 Tuscan Heights Boulevard Kennesaw, GA<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  Tuscan Heights, LLC _____  Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  Tuscan Heights, LLC _____  Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Tuscan Heights, LLC _____ Case number (*if known*) _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 2, 2016
              MM / DD / YYYY

**X**  /s/ Kamran Attari                                         Kamran Attari
       Signature of authorized representative of debtor          Printed name

Title  Member

**18. Signature of attorney**

**X**  /s/ Frank B. Wilensky State Bar No.                       Date  May 2, 2016
       Signature of attorney for debtor                                MM / DD / YYYY

Frank B. Wilensky State Bar No.
Printed name

Macey, Wilensky & Hennings, LLC
Firm name

303 Peachtree St. NE
Suite 4420
Atlanta, GA 30308
Number, Street, City, State & ZIP Code

Contact phone  (404) 584-1200        Email address  swenger@maceywilensky.com

758700
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

## CONSENT, DESIGNATION AND ACKNOWLEDGEMENT

The undersigned, being all of the Members of TUSCAN HEIGHTS, LLC, a Georgia Limited Liability Company (hereinafter referred to as the "LLC"), do hereby give their written consent, designation and acknowledgment to the following:

(a) That either Farbia International, LLC, Kazem Keivani or Kamran Attari, individually or collectivity, on behalf of the LLC, in their capacity as Members of the LLC, are hereby authorized and directed to take any and all actions necessary or desirable on behalf of the LLC, to file for bankruptcy in accordance with either Chapter 7 or Chapter 13 of Title 11 of the United States Bankruptcy Code.

(b) That either Farbia International, LLC, Kazem Keivani or Kamran Attari, individually or collectivity, on behalf of the LLC, in their capacity as Members of the LLC, are hereby authorized, empowered and directed to execute, acknowledge and deliver for and on behalf of the LLC any and all petitions, documents, and any and all other documents and instruments as may be deemed necessary or appropriate to consummate to file for bankruptcy in accordance with either Chapter 7 or Chapter 13 of Title 11 of the United States Bankruptcy Code.

IN WITNESS WHEREOF, the undersigned have signed and sealed this Consent, Designation and Acknowledgement as of the 2 day of April, 2016.

**MEMBERS:**

FARBIA INTERNATIONAL, LLC

BY: _____
Manouchel Jahangard

ITS: Manager

BY: _____ (SEAL)
Kazem Keivani

BY: _____ (SEAL)
Kamran Attari

Z:\hdp\Jahangard, Hamid\Tuscan, LLC Bankruptcy consent.doc

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Tuscan Heights, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| -NONE- | | | | | | |

BRAD BALDWIN, ESQ.
BURR & FORMAN, LLP
171 17TH STREET, NW, STE 1100
ATLANTA GA 30363


GEORGIA DEPARTMENT OF LABOR
148 ANDREW YOUNG INT'L BLVD NE
SUITE 826
ATLANTA GA 30303


GEORGIA DEPARTMENT OF REVENUE
ARCS BANKRUPTCY/COMPLIANCE DIV
1800 CENTURY BLVD. NE STE 9100
ATLANTA GA 30345


HAMILTON STATE BANK
ATTN: MR. RON SILVERTHORNE
5350 MCEVER ROAD, SUITE G
FLOWERY BRANCH GA 30542


INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA PA 19101-7346